JESSE A. CRIPPS, SBN 222285
jcripps@gibsondunn.com
LYNN N. HANG, SBN 245576
lhang@gibsondunn.com
LISA S. ENGEL, SBN 273888
lengel@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
NORTHROP GRUMMAN CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ZINZOW, on behalf of himself and all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION, a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. CV12-04579 R (AJWx)<br><br>The Honorable Manuel Real<br><br>**NORTHROP GRUMMAN CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL BILATERAL ARBITRATION AND STAY PROCEEDINGS OR, ALTERNATIVELY, TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(3)**<br><br><u>Hearing:</u><br>Date:       July 2, 2012<br>Time:      10:00 a.m.<br>Place:      Courtroom 8 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July 2, 2012 at 10:00 a.m. in Courtroom 8 on the Second Floor in the United States Courthouse located at 312 N. Spring Street, Los Angeles, California, Northrop Grumman Corporation will and hereby does move this court, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and the arbitration clause contained in the Employee Mediation/Binding Arbitration Program,

for an order compelling bilateral arbitration of Plaintiff's claims against Northrop Grumman and to stay this action pending the outcome of the arbitration or, alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(3) for an order dismissing this action on the ground that venue in this Court is improper.

As discussed more fully in the accompanying Memorandum of Points and Authorities, Plaintiff's claims arise from his employment with Northrop Grumman and are governed by a valid and binding arbitration agreement which requires bilateral arbitration of his claims: "Both you and the Company agree to submit all claims covered by this Program to binding arbitration" and "both you and the Company waive the right to bring any covered claim under this Program as a class action."[1]

This motion is based upon this Notice of Motion and Motion to Compel Arbitration, the concurrently filed Memorandum of Points and Authorities in support thereof, the concurrently filed Declarations of Jesse Cripps and Steven Anderson and exhibits attached thereto, and upon such other matters and further argument as may be presented at the time of the hearing of this motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 that took place starting on May 18, 2012.

DATED: June 1, 2012

    Jesse A. Cripps
    Lynn Hang
    Lisa Engel
    GIBSON, DUNN & CRUTCHER LLP

    By: ___/s/ Jesse A. Cripps___
           Jesse A. Cripps

    Attorneys for Defendant Northrop Grumman Corporation

---

[1] *See* Declaration of Steven Anderson, Ex. G at 2, 10.