# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-12-4579-R**                                    Date: **July 2, 2012**

**TITLE: ALAN ZINZOW etc V. NORTHROP GRUMANN CORP**
=========================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

**William Horrell**                                    **Sheri Kleeger**
**Deputy Clerk**                                       **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

    **William Caldwell**                            **Jesse Cripps**
                                        **Lynn Hang**

**PROCEEDINGS:** Defendant's motion to compel bilateral arbitration and stay proceedings, or to dismiss (fld 6-1-12)

      **The parties submit on papers as filed.**

      **The Court GRANTS the motion to compel arbitration, for reasons as stated on the record, and Orders the action dismissed, without prejudice, during the period of arbitration, with either party able to move to reopen the action after the conclusion of arbitration, if necessary.**

      **Defendant shall submit a proposed order.**

                                                      <u>7 min</u>

**MINUTES FORM 90**                              **Initials of Deputy Clerk   <u>WH</u>**
**CIVIL -- GEN**